IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY LANE VANHORN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3336 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA STATE RACING | ) | ORDER |
| COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |


| | | |
|---|---|---|
| DOUGLAS L. BRUNK, | ) | |
| | ) | 4:03CV3378 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NEBRASKA STATE RACING | ) | |
| COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |


Pursuant to the order of United States District Judge Richard G. Kopf dated September 7, 2006,

IT IS ORDERED:

Counsel for the parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and inform the court within ten days of their views on scheduling matters and when this matter may be ready for trial.

DATED this 7th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge